### DENNIS, administrator, *v.* GRISWOLD.

FISH, C. J.  While the evidence would have authorized a finding in favor of the defendant, yet there was some evidence, based especially on testimony in regard to admissions by defendant, tending to support the theory that the defendant did not have a deed to the property at the time of the death of the plaintiff's intestate.  In view of this fact it was error to direct a verdict for the defendant.

*Judgment reversed.  All the Justices concur.*
JULY 16, 1914.

Equitable petition.  Before Judge Frank Park.  Turner superior court.  February 4, 1913.

*J. H. Pate, Z. Bass,* and *Haygood & Cutts,* for plaintiff.

*John B. Hutcheson* and *McDonald & Grantham,* for defendant.

---

### GORDAY *v.* CRAVEY *et al.*

BECK, J.  1. While certain portions of the evidence admitted over the objection of the propounder were of slight materiality, yet as they were not entirely immaterial or irrelevant, the court did not err in admitting the same.

2. The court in his charge fully and fairly submitted the issues raised by the caveat, and the portions of the charge excepted to were not error for the reasons assigned.

3. There was sufficient evidence to authorize the verdict; and the same having received the approval of the trial judge, it will not be disturbed here.

*Judgment affirmed.  All the Justices concur, except Evans, P. J., and Atkinson, J., dissenting as to the third headnote.*
JULY 16, 1914.

Probate of will.  Before Judge Frank Park.  Turner superior court.  August 4, 1913.

*E. A. Rogers, M. A. Warren,* and *J. H. Tipton,* for plaintiff.

*Crum & Jones* and *W. T. Williams,* for defendants.